**No. 55529.**—Abraham & Straus, Inc., et al. *v.* United States, protests 130894–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 55530.**—Washington Trading Corp. and M. J. Hart *v.* United States, protests 747285–G and 516625–G (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiffs was therefore sustained.

**No. 55531.**—J. E. Bernard & Co., Inc., et al. *v.* United States, protests 976469–G/88330, etc. (Chicago).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiffs was therefore sustained.